IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT E. STALLINGS,
    Plaintiff,

vs.                                        Case No.: 3:16cv605/MCR/EMT

JIM, ARAMARK CORPORATION, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). Upon initiation of the case, the clerk of court sent Plaintiff a Notice to Pro Se Litigant (ECF No. 2). The Notice states, "Throughout this case, you are required to advise the Clerk's Office **in writing** of any change in your mailing address by filing a Notice of Change of Address."

    On November 28, 2016, the court issued an order granting Plaintiff's motion to proceed in forma pauperis and assessing an initial partial filing fee in the amount of $4.70, pursuant to 28 U.S.C. § 1915(b)(1)(A) (ECF No. 4). The court directed Plaintiff to pay the initial partial fee within thirty (30) days (*id.*). The court subsequently extended the deadline to January 30, 2017 (ECF No. 6).

    Plaintiff failed to pay the initial partial filing fee by the deadline; therefore, on

February 3, 2016, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 7).  The copy of the order served upon Plaintiff was returned to the court with an indication that Plaintiff was released from the Escambia County jail (Plaintiff's last known address) on December 17, 2016 (*see* ECF No. 8).  Plaintiff has not notified the court of his new address, and the court was unable to obtain one from the jail's public website.  Plaintiff's failure to comply with the order directing him to pay the initial partial filing fee, or explain his inability to do so, and Plaintiff's failure to keep the court apprised of his current address, warrant dismissal of this case without prejudice.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 8th day of March 2017.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.