UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT E. STALLINGS,
    Plaintiff,

v.        Case No.: 3:16cv605/MCR/EMT

JIM, ARAMARK CORPORATION, et al.,
    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated March 8, 2017 (ECF No. 9). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.[1] Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1] The Report and Recommendation mailed to Plaintiff at the county jail was returned to sender, with a notation that Plaintiff had been released on December 17, 2016.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

**DONE AND ORDERED** this 6th day of April, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

Case No.: 3:16cv605/MCR/EMT